IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| vs. | ) | CRIM. ACT. NO: 1:03-cr-103-TFM |
| | ) | |
| LEROY VIDAL JACKSON | ) | |

### ORDER

Pending before the court is the *Defendant's Motion to Reduce Sentence Pursuant to Section 404 of the First Step Act* (doc. 462), the *United States' Response to Defendant's Motion for Relief Under Section 404 of the First Step Act* (doc. 466) and the *Defendant's Reply to Government's Response to First Step Act Motion to Reduce Sentence* (doc. 471).

The court assumes it has the authority and discretion to grant the relief sought by Defendant Jackson. For the reasons stated in the *United States' Response to Defendant's Motion for Relief Under Section 404 of the First Step Act* (doc. 466), the Court **DENIES** the *Defendant's Motion to Reduce Sentence Pursuant to Section 404 of the First Step Act* (doc. 462).

**DONE** and **ORDERED** this 26th day of November, 2019.

/s/Terry F. Moorer
TERRY F. MOORER
UNITED STATES DISTRICT JUDGE