IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| vs. | ) CRIM. ACT. NO: 1:03-cr-103-TFM |
| | ) |
| LEROY VIDAL JACKSON | ) |

## **AMENDED ORDER**

The Court previously issued its order granting the *Motion for the Imposition of a Lower Sentence Pursuant to § 404 of the First Step Act* (Doc. 488).  *See* Doc. 491.  This order reiterates the same ruling while providing clarification as to the Defendant's term of supervised release.

As previously ordered, for good cause shown and in compliance with 18 U.S.C. 3553(a) the motion (Doc. 488) is **GRANTED**.  The sentence imposed on October 17, 2005 is reduced to **TIME SERVED**.  All other conditions imposed in the October 17, 2005, Sentencing Order remain in full force and effect.  Specifically, with regard to this criminal action, Defendant shall have a term of supervised release for 5 years.  *See* Doc. 334.

Defendant was also previously sentenced in a prior case, *United States of America v. Leroy Vidal Jackson*, Crim. Act. No. 1:01-cr-82-CB-S.  In that case, he was also sentenced to 105 months imprisonment, a three year supervised release term, and a $100 special assessment.  *See* Doc. 81, Judgment, Crim. Act. No. 1:01-cr-82-CB-S.  Though the term of imprisonment has been completed in that case, the term of supervision remains.

Thus, with regard to Defendant's supervised released term, the Court **ORDERS** that with its reduction pursuant to the First Step Act, the terms of supervised release shall be served **CONCURRENTLY** resulting in an overall SRT of five (5) years.  All conditions imposed relating to Supervised Release in the Judgments for both criminal cases remain in full force and effect.

It is further **ORDERED** that this Order remains **STAYED** for 14 days after the issuance of the order on March 4, 2021.  *See* Doc. 491.  The stay allows for the verification of the defendant's residence and/or establishment of a release plan, to make appropriate travel arrangements and to ensure the defendant's safe release.  It is further **ORDERED** that the defendant must provide to the probation office in the district where he will be released, the complete address where the defendant will reside after release.

**DONE** and **ORDERED** this 9th day of March, 2021.

/s/Terry F. Moorer
TERRY F. MOORER
UNITED STATES DISTRICT JUDGE